U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

DEC 07 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

Dec. 6, 2012

Robert J. Boutte

vs.

Firestone Polymers
1801 Louisiana 108
Sulphur, LA 70665
(337) 882-1211

2:12-cv-3047

Petition to File Suit

I, Robert J. Boutte, am filing suit against Firestone Polymers. The reason I am filing suit is because of employment discrimination which falls under the American with Disabilities Act (ADA). I have filed an official complaint with the EEOC in which I was granted a right to sue letter which is attached with my statement. I am filing suit for loss of wages from day of termination and pain and suffering for myself and my family.

Robert J Boutte
12-7-2012